UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOMAN SHAHEED,

    Plaintiff,

v.

USCIS Sacramento Field Office,

    Defendant.

No. 2:24-cv-0329-TLN-SCR

ORDER

Plaintiff is proceeding pro se in this action. This matter was accordingly referred to the undersigned by operation of Local Rule 302(c)(21). The complaint and request to proceed in forma pauperis were filed on January 29, 2024. On September 17, 2024, this Court issued an order screening the complaint pursuant to Section 1915(e)(2), and granted Plaintiff leave to proceed in forma pauperis. The order further directed Plaintiff to return the necessary documents for completion of service to the United States Marshal and specified the documents that should be provided, including: a summons, a USM-285 form, a copy of the complaint, a copy of the Court's order. ECF No. 4 at 3-4. The Court provided a deadline of 15 days and directed Plaintiff to "file a statement with the court that said documents have been submitted to the United States Marshal." *Id.* at 3. The order further cautioned that failure to comply "may result in a recommendation that this action be dismissed." *Id.* at 4.

More than 15 days have passed, and Plaintiff has not filed the required statement that documents were provided to the United States Marshal, and no proof of service has been filed. Accordingly, **IT IS HEREBY ORDERED** that:

1. **Plaintiff shall show cause, in writing, within 14 days**, why the failure to file the required statement that service documents were provided to the United States Marshal should not result in a recommendation that this action be dismissed for failure to prosecute and/or for failure to comply with the Court's order pursuant to Federal Rule of Civil Procedure 41 and Local Rule 110.  **If Plaintiff fails to respond, the court will recommend dismissal of this action.**

2. Alternatively, if Plaintiff no longer wishes to pursue this action, Plaintiff may file a notice of voluntary dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: November 25, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2